ONE AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

    v.                                                Case Number 2:05-CR-160-LSC and
                                                          2:06-CR-33-LSC

SHANNON MARIE LORENZO
    Defendant.                                   USM Number 11755-002

## JUDGMENT IN A CRIMINAL CASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, SHANNON LORENZO, was represented by Edward Davis Tumlin.

The defendant pleaded guilty to count 1 of the Indictment in 2:05-CR-160-LSC and to count 1 of the Information in 2:06-CR-33-LSC. Accordingly, the defendant is adjudged guilty of the following counts, involving the indicated offenses:

| Title & Section | Nature of Offense | Offense Ended | Count Numbers |
|---|---|---|---|
| 18 USC 1958 | Use of Interstate Commerce Facilities in the Commission of Murder for Hire | 3/8/05 | 1 - Indictment |
| 18 USC 2252A(a)(1) | Child Pornography | 2/9/04 | 1 - Information |

As pronounced on April 26, 2006, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $200.00, for count 1 in 2:05-CR-160-LSC and count 1 in 2:06-CR-33-LSC, which shall be due immediately, payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 36104.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Done this <u>2nd</u> day of <u>May 2006</u>.

                                                                 L. SCOTT COOGLER
                                                     UNITED STATES DISTRICT JUDGE
                                                                     124019

Case 2:06-cr-00033-LSC-CSC   Document 14   Filed 05/02/06   Page 2 of 5

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant:  SHANNON MARIE LORENZO
Case Number:  2:05-CR-160-LSC AND 2:06-CR-33-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY (120) months on Count 1 of the Indictment in 2:05-CR-160-LSC and ONE HUNDRED EIGHTY (180) months on Count 1 of the Information in 2:06-CR-33-LSC, with both counts to be served concurrently.  This term of imprisonment shall run concurrently with the term of imprisonment imposed in Docket No. CC05-57, in Autauga County Circuit Court, Prattville, AL

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the Intensive Residential Substance Abuse Treatment Program (500 hour program) and be housed as close as possible to her family near Prattville, AL.  The drug treatment should take first priority.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

United States Marshal

By _____
Deputy Marshal

Case 2:06-cr-00033-LSC-CSC   Document 14   Filed 05/02/06   Page 3 of 5

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 5

Defendant:  SHANNON MARIE LORENZO
Case Number:  2:05-CR-160-LSC AND 2:06-CR-33-LSC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months**. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

✔ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if applicable.)

✔ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the student, as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

Case 2:06-cr-00033-LSC-CSC   Document 14   Filed 05/02/06   Page 4 of 5

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 - Continuation of Standard Conditions of Supervised Release

Judgment--Page 4 of 5

Defendant:  SHANNON MARIE LORENZO
Case Number:  2:05-CR-160-LSC AND 2:06-CR-33-LSC

**CONTINUATION OF STANDARD CONDITIONS OF SUPERVISED RELEASE**

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 3 (cont'd) - Supervised Release

Judgment--Page 5 of 5

Defendant:  SHANNON MARIE LORENZO
Case Number: 2:05-CR-160-LSC AND 2:06-CR-33-LSC

**SPECIAL CONDITIONS OF SUPERVISION**

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall participate in drug testing and treatment and shall also participate in alcohol abuse treatment, if necessary. The defendant shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.
2) The defendant shall submit to a search of her person, residence, office or vehicle pursuant to the search policy of this court.
3) The defendant shall cooperate with the probation office in the collection of DNA.